JDB:NMA
F.#2009R01786

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

PAUL SPINA,
    also known as "Fat Paulie,"

        Defendant.

- - - - - - - - - - - - - - - - - X

PRIOR FELONY INFORMATION

Cr. No. 09-672 (CPS)
(T. 18, U.S.C., § 3559(c)(4))

THE UNITED STATES ATTORNEY CHARGES:

    On or about June 25, 1998, the defendant PAUL SPINA, also known as "Fat Paulie," was convicted in the United States District Court for the Eastern District of New York of a serious violent felony, to wit: Use of Extortionate Means to Collect Extensions of Credit, in violation of 18 U.S.C. § 894(a)(1).

    On or about June 25, 1998, the defendant PAUL SPINA, also known as "Fat Paulie," was convicted in the United States District Court for the Eastern District of New York of a serious violent felony, to wit: Conspiracy to Use Extortionate Means to Collect or Attempt to Collect Extensions of Credit, in violation of 18 U.S.C. § 894(a)(1).

    On or about September 12, 2008, the defendant PAUL SPINA, also known as "Fat Paulie," was convicted in the United States District Court for the Eastern District of New York of a

serious violent felony, to wit: Conspiracy to Commit Murder in Aid of Racketeering, in violation of 18 U.S.C. § 1959(a)(5).

This information is filed with the Court and served on the defendant pursuant to Title 18, United States Code, Section 3559(c)(4) as notice of the prior convictions to be relied upon for increased punishment under Title 18, United States Code, Section 3559(c)(1).

(Title 18, United States Code, Section 3559(c)(4)).

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK